# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Chari Warren**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00062-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy Jay Roberts, | ) | |
| American Airlines | **)** | |
| Group  Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2022 Order.

October 19, 2022

_____

Frank G. Johns, Clerk
United States District Court